IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID VAN TAYLOR JR.**                                                                                              **PLAINTIFF**

v.                                           No. 4:11-cv-00531 KGB

**ERIC KRAHMER, Individually and
in his official capacity as an officer
of the Damascus Police Department;
UNKNOWN DAMASCUS POLICE
OFFICERS, in their official capacities;
and the CITY OF DAMASCUS, ARKANSAS**                                          **DEFENDANTS**

## ORDER

Before the Court is a motion to dismiss filed by plaintiff indicating that the parties stipulate that this action should be dismissed with prejudice, as the parties have settled all claims against the remaining defendants (Dkt. No. 18). For good cause shown, this case is hereby dismissed with prejudice.

SO ORDERED this 1st day of February, 2013.

_____
Kristine G. Baker
United States District Judge